**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **BAOYANG CHEN,** | * | **CASE NO. 1:17-cv-460** |
| **Plaintiff,** | | **Judge Michael R. Barrett** |
| **v.** | | |
| | * | |
| **GSC OPPORTUNITIES, L.P., et al.,** | | |
| **Defendants.** | | |
| | * | |

**NOTICE OF APPEARANCE**

Please take notice that Jennifer K. Nordstrom of GARVEY SHEARER NORDSTROM, PSC hereby enters her appearance as counsel of record for the Defendants, GSC Opportunities, L.P.; GSC Opp. Management, L.P.; Terry Chan; Gary Chan; Jacquelyn Chan; Mason Hill, LLC; Clearwater Hospitality Group, LLC; and BWR Westwood, LLC.  Listed below is the proper address and phone number to reach the undersigned.

Respectfully submitted,

GARVEY⎮SHEARER⎮NORDSTROM, PSC

*/s/Jennifer K. Nordstrom*

Jennifer K. Nordstrom (0066509)
2400 Chamber Center Drive, Suite 210
Ft. Mitchell, Kentucky 41017
Phone:  (513) 445-3373
FAX:  (866) 675-3676
jnordstrom@gsn-law.com
*Attorney for Defendants, GSC Opportunities, L.P.; GSC Opp. Management, L.P.; Terry Chan; Gary Chan; Jacquelyn Chan; Mason Hill, LLC; Clearwater Hospitality Group, LLC; and BWR Westwood, LLC*

1

garvey | shearer | nordstrom

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the above document was served by CM/ECF this 2nd day of August, 2017, upon the following:

Christopher D Cathey, Justin James Joyce, Porter Wright Morris & Arthur LLP, 250 East Fifth Street, Suite 2200, Cincinnati, OH 45202-4119, Email: ccathey@porterwright.com, jjoyce@porterwright.com, *Attorneys for Plaintiff*

*/s/Jennifer K. Nordstrom*
Jennifer K. Nordstrom

garvey | shearer | nordstrom