UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI

| | |
|---|---|
| BAOYANG CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17cv460 |
| | ) |
| GSC OPPORTUNITIES, L.P.; | ) Judge Michael R. Barrett |
| GSC OPP MANAGEMENT, L.P.; | ) |
| TERRY CHAN; GARY CHAN; | ) |
| JACQUELYN CHAN; MASON HILL, LLC; | ) |
| CLEARWATER HOSPITALITY | ) |
| GROUP, LLC; BWR WESTWOOD, LLC; | ) |
| JOHN DOE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS GSC OPPORTUNITIES, L.P. AND GSC OPP MANAGEMENT, L.P'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

NOW COME Defendants GSC Opportunities, L.P. and GSC Opp Management, L.P. (collectively "Defendants"), by and through their counsel, Mason N. Floyd and Matthew J. Ruza, and respectfully move this Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of their Motion, Defendants submit their Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

WHEREFORE, Defendants GSC Opportunities, L.P. and GSC Opp Management, L.P. respectfully request that Plaintiff's Complaint be dismissed with prejudice and for such other relief that this Court deems reasonable and just.

Dated: October 3, 2017  Respectfully submitted,

/s/ Mason N. Floyd
Mason N. Floyd (06282874)
Admitted *Pro Hac Vice*

/s/ Matthew J. Ruza
Matthew J. Ruza (06321424)
Admitted *Pro Hac Vice*

CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone (312) 360-5000
Facsimile: (312) 360-5026
E-Mail: mfloyd@clarkhill.com
E-Mail: mruza@clarkhill.com

Attorneys for GSC Opportunities, L.P and GSC Management, L.P.

/s/ Jennifer K. Nordstrom
Jennifer K. Nordstrom
GARVEY SHEARER NORDSTROM PSC
11260 Chester Road
Suite 260
Cincinnati, Ohio  45246
Telephone (513) 445.3373
Facsimile (866) 675-3676
E-Mail: jnordstrom@garveyshearer.com