UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Baoyang Chen, *et al.*,
    Plaintiffs,

v.

GSC Opportunities, L.P, *et al.*,
    Defendants.

Case No. 1:17cv460

Judge Michael R. Barrett

and

Chunhong Jia, *et al.*,
    Plaintiffs,

v.

Gary Chan, *et al.*,
    Defendants.

Case No. 1:18cv085

## CIVIL MINUTES

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** April 6, 2018     **TIME:** 9:44 am – 10:36 am = 52 mins.

| Attorney for Plaintiff(s) | Attorney for Defendant(s): |
|---|---|
| Justin Joyce | Timothy Cook (J/T Chen) |
| Christopher Cathey | Gary Chen, pro se (by phone) |

**WITNESSES**

## PROCEDURES

✓ Counsel Present.
✓ Motion heard: Docs. 75 & 80 (17cv460) & Doc. 37 (18cv85) - Doc. 75 is denied & Docs. 80 & 37 are granted - sanctions subject to further hrg
___ Court's decision to follow.
✓ Court ordered in open court that Doc. 32 is granted by notation; G. Chan is granted until end of April to ans

Remarks: The Court will permit the TRO in 18cv85 to be modified -- order to be provided by cnsl.

the PI hrg is reset to 6/8/18 @ 9:30 (Ctrm 109)