# STAGNARO, SABA & PATTERSON

Jeffrey M. Nye  
jmn@sspfirm.com

Direct dial: 513.533.6714  
Direct fax: 513.533.6711

April 23, 2018

**Re:    Chen v. GSC Opportunities, LP (no. 1:17-cv-460) – Briefing Schedule on Motion to Dismiss; Request for Status Conference**

Dear Judge Barrett:

I represent defendant Gold Star Chili, Inc., and I write to request that you lift the stay of the briefing on Gold Star's pending motion to dismiss (doc. 56).

Gold Star's motion was filed in late January. We consented to several extensions of time for the plaintiff to respond, and the Court ultimately entered (by its unnumbered minute order of March 21) an indefinite stay of all deadlines on all motions.

We certainly had no objection to the extensions, especially in light of the facts that the plaintiff had moved for a TRO against other parties and that a preliminary injunction hearing was set in the near future. But the Court now has moved the preliminary injunction hearing out to June (doc. 82), and so the time crunch associated with the injunction hearing now appears to have abated. As a result we respectfully request that the Court lift the stay and resume briefing on the motion to dismiss.

Another defendant, Phoenix Franchise Group, has just filed a motion (doc. 85) that relates to the briefing schedule of its motion for summary judgment. Gold Star suggests that the Court set a phone status conference for the near future to address whether or when to resume briefing of both motions.

Sincerely,

STAGNARO, SABA  
& PATTERSON CO., L.P.A.

_____  
Jeffrey M. Nye