# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **BAOYANG CHEN,** | : | Case no. 1:17-cv-460 |
| | : | |
| Plaintiff | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **ORDER GRANTING GOLD STAR'S** |
| | : | **MOTION FOR EXTENSION OF TIME** |
| **GSC OPPORTUNITIES, L.P., et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

  This case is before the Court on the unopposed motion (doc. 120) of defendant Gold Star Chili, Inc., for an extension of time to file its reply in support of its motion to dismiss (doc. 114). The motion is **GRANTED**. Gold Star shall file its reply on or before July 31, 2020.

  .

                 */s/ Michael R. Barrett*
                 UNITED STATES DISTRICT JUDGE