UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| BAOYANG CHEN, | : | |
|     Plaintiff, | : | |
| | : | Case No. 1:17-cv-460 |
| v. | : | |
| | : | |
| GSC OPPORTUNITIES, L.P., et al.; | : | Judge Michael R. Barrett |
| GSC OPP MANAGEMENT, L.P.; TERRY | : | |
| CHAN; GARY CHAN; JACQUELYN | : | |
| CHAN; MASON HILL, LLC; JARDIN | : | |
| HILL, LLC; CLEARWATER | : | |
| HOSPITALITY GROUP, LLC; LUMEN | : | **NOTICE OF ADDRESS CHANGE** |
| POINT CAPITAL FUND I, LLC.; RG | : | |
| MGMT, LLC; RG OPPORTUNITIES I, L.P.; | : | |
| GOLD STAR CHILI, INC.; | : | |
| | : | |
|     Defendants. | : | |

Now comes Christopher D. Cathey, trial attorney for Plaintiff Baoyang Chen, and hereby gives notice to the Court and parties that his address has changed as follows:

Christopher D. Cathey
Dickinson Wright PLLC
350 East Las Olas Blvd
Suite 1750
Ft. Lauderdale FL 33301
Phone: 954-991-5447
Fax: 844-670-6009
Email: CCathey@dickinsonwright.com

Please serve Mr. Cathey as counsel for Plaintiff at the above firm and address.

Respectfully submitted,

*/s/ Christopher D. Cathey*
Christopher D. Cathey (0071231)
DICKINSON WRIGHT PLLC
350 East Las Olas Blvd, Suite 1750
Ft. Lauderdale FL 33301
Phone: 954-991-5447
Fax: 844-670-6009
Email: CCathey@dickinsonwright.com
*Trial Attorney for Plaintiff Baoyang Chen*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served by ECF filing, if available, or by regular U.S. mail on February 4, 2021 upon the following:

Paul T. Saba
Jeffrey M. Nye
Stagnaro, Saba & Patterson Co., LPA
2623 Erie Avenue 45208
Cincinnati, Ohio
jms@sspfirm.com
pts@sspfirm.com
*Attorneys for Defendant Gold Star Chili, Inc.*

*/s/ Christopher D. Cathey*
Christopher D. Cathey