# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| BAOYANG CHEN, | : | |
| Plaintiff, | : | Case No. 1:17-cv-460 |
| | : | |
| v. | : | Judge Michael R. Barrett |
| | : | |
| GSC OPPORTUNITIES, L.P., *at al.*, | : | **NOTICE OF WITHDRAWAL** |
| | : | **OF PLAINTIFF'S CO-COUNSEL** |
| Defendants. | : | |
| | : | |

Pursuant to S.D. Ohio Civ. R. 83.4(d), Justin J. Joyce hereby provides notice to this Court that he is withdrawing as co-counsel for Plaintiff Baoyang Chen ("Plaintiff"). Plaintiff will continue to be represented by Christopher D. Cathey, Plaintiff's trial attorney. Mr. Cathey has consented to Mr. Joyce's withdrawal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Justin J. Joyce* | */s/ Christopher D. Cathey (per telephone authorization dated 2/4/2021)* |
| Justin J. Joyce (0090683) | Christopher D. Cathey (0071231) |
| PORTER WRIGHT MORRIS & ARTHUR LLP | DICKENSON WRIGHT PLLC |
| 250 East Fifth Street, Suite 2200 | 350 E. Las Olas Blvd., Ste. 1750 |
| Cincinnati, OH 45202-5118 | Ft. Lauderdale, FL 33301 |
| Telephone: (513) 369-4214 | Telephone: (954) 991-5447 |
| Facsimile: (513) 421-0991 | Facsimile: (844) 670-6009 |
| Email: jjoyce@porterwright.com | Email: ccathey@dickinsonwright.com |
| | |
| *Attorney for Plaintiff* | *Trial Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing was electronically filed on February 9, 2021. Notice of this filing will therefore be sent to all parties by operation of the Court's electronic filing system, where available, or will otherwise be sent via regular U.S. Mail to:

Jardin Hill, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

Lumen Point Capital Fund I, LLC
c/o Benson Law Firm
1422 Euclid Avenue, Suite 970
Cleveland, Ohio 44115

RG Opportunities I, L.P.
c/o Incorp Services, Inc.
9435 Waterstone Boulevard, Suite 140
Cincinnati, Ohio 45249

Gary Chan
899 N. Orange Avenue, Apt. 301
Orlando, Florida 32803
changaryk@gmail.com

GSC EB5 Investor, LLC
c/o Michael S. Barron
3074 Madison Road
Cincinnati, Ohio 45209

GSC OPP Management, LLC
c/o Corporation Service Company
50 W. Broad Street, Suite 1330
Columbus, Ohio 43215

Mason Hill, LLC
c/o Gary Chan
899 N. Orange Avenue, Apt. 301
Orlando, Florida 32803
changaryk@gmail.com

Clearwater Hospitality Group, LLC
c/o Jacquelyn Chan
735 Edgewater Drive
Orlando, Florida 32804

RG MGMT, LLC
c/o Benson Law Firm
1422 Euclid Avenue, Suite 970
Cleveland, Ohio 44115

GSC Opportunities, L.P.
Incorporator: GSC OPP Management, LLC
c/o Corporation Service Company
50 W. Broad Street, Suite 1330
Columbus, Ohio 43215

Paul T. Saba
Jeffrey M. Nye
Stagnaro, Saba & Patterson Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
pts@sspfirm.com
jmn@sspfirm.com
*Attorneys for Defendant Gold Star Chili, Inc.*

/s/ Justin J. Joyce
Justin J. Joyce

14204247v1