OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED
APR - 7 2023
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

CINCINNATI OH 450
27 MAR 2023 PM 2 L

US POSTAGE — Pitney Bowes
ZIP 45202 $ 000.60
02 4W
0000343849 MAR 27 2023

Gary Chan
899 North Orange Ave
Apt 301
Orlando, FL 32801

NIXIE        339    FE 1          0004/01/23
         RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 45202397699        *1515-03738-27-39