UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Baoyang Chen,

    Plaintiff,

        v.                                  Case No. 1:17cv460

GSC Opportunities, *et al*.,

    Defendants.

**CALENDAR ORDER**

    Pursuant to the filing of the Rule 26(f) Report by the parties on April 11, 2024 (Doc. 144), this case shall proceed as follows:

1. Telephone Status Conference[1]:  **April 25, 2024, at 10:30 AM**

2. Deadline for disclosure of expert witnesses and submission of expert reports[2]:
Plaintiff disclosure and report of experts: **June 30, 2024**
Defendant disclosure and report of experts: **September 30, 2024**
Disclosure and rebuttal report of experts: **November 30, 2024**
Disclosure of non-expert (fact) witnesses: **May 15, 2024**

5. Discovery to be completed by[3]:  **October 4, 2024**

6. Dispositive motion deadline[4]:  **December 15, 2024**

7. Settlement Conference[5]: **February 4, 2025, at 1:00 PM, Room 239**

8. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week**

---

[1] Conferencing instructions to be provided by a separate notice which will follow this Order.   These instructions shall be used each time the Court conducts a telephone conference.

[2] Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[3] Counsel shall not presume that a pending motion stays their obligation to complete discovery by these dates.

[4] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R.   The Court will not read beyond 20 pages unless leave has been previously sought and granted.   This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[5] Special Instructions regarding settlement: 1.   All parties must bring their client or a representative with full settlement authority.   Failure to follow this requirement will result in sanctions; 2.   Each counsel must prepare and submit via hand delivery to the Court or via the chamber=s email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.   These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

**prior to the final pretrial conference**

    9.   Final pretrial conference:   **May 15, 2025, at 10:30 AM, Room 239**

    10.   Jury Trial:   **July 2025, Courtroom 109**

    **IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court