UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Baoyang Chen,

    Plaintiff,

        v.                              Case No. 1:17cv460

GSC Opportunities, *et al*.,

    Defendants.

## AMENDED CALENDAR ORDER

This matter is before the Court upon Plaintiff's Second Motion to Modify Scheduling Order. (Doc. 150). For good cause shown, Plaintiff's Motion is hereby **GRANTED**. This case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports[1]:
   Plaintiff disclosure and report of experts: **September 30, 2024**
   Defendant disclosure and report of experts: **December 31, 2024**
   Disclosure and rebuttal report of experts: **January 14, 2025**
   Disclosure of non-expert (fact) witnesses: **May 15, 2025**

2. Discovery to be completed by[2]:   **October 4, 2024**

3. Dispositive motion deadline[3]:   **December 15, 2024**

4. Settlement Conference[4]: **February 4, 2025, at 1:00 PM, Room 239**

5. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

6. Final pretrial conference:   **May 15, 2025, at 10:30 AM, Room 239**

---

[1]Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[2]Counsel shall not presume that a pending motion stays their obligation to complete discovery by these dates.

[3]Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. The Court will not read beyond 20 pages unless leave has been previously sought and granted. This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[4]Special Instructions regarding settlement: 1. All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions; 2. Each counsel must prepare and submit via hand delivery to the Court or via the chamber=s email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date. These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

7. Jury Trial: **July 2025, Courtroom 109**

   **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                         Michael R. Barrett, Judge
                                         United States District Court