NIXIE            339    FE 1         12/12/25
OFFICIAL BUSINESS

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 45203976992574-03209-12-35

CINCINNATI OH 450
22 JAN 2025 PM 5 L

US POSTAGE — PITNEY BOWES
ZIP 45202 $000.69
0000343849 JAN 22 2025

# RECEIVED
FEB 18 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Gary Chan
899 North Orange Ave
Apt 301
Orlando, FL 32801

32801-114176

RETURN TO SENDER — NOT AT THIS ADDRESS