*2574-03208-12-35
BC: 452023769

NIXIE          339  CE 1          **IXIE**
          02/13/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
ZIP 45202
02 4W
$ 000.69
0000343849 FEB 03 2025

3 FEB 2025 PM 4

RECEIVED

FEB 19 2025

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

RETURN TO SENDER
NOT AT THIS ADDRESS

Gary Chan
899 North Orange Ave, Apt 301
Orlando, FL 32801

32801-114176