# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BAOYANG CHEN, | : | CASE NO. 1:17-cv-00460-MRB |
| | | Judge Michael R. Barrett |
| Plaintiff, | : | |
| v. | : | **JOINT MOTION FOR EXTENSION TO SUBMIT PROPOSED FINAL PRETRIAL ORDER** |
| GSC OPPORTUNITIES, LP, et al., | : | |
| Defendants. | : | |

Now comes Plaintiff Baoyang Chen and Defendant Gold Star Chili, Inc., through their respective counsel, and hereby move the Court for an extension to Monday, May 12, 2025, to submit their Proposed Final Pretrial Order. The parties require two additional business days to complete the proposed order and their schedules have been challenging recently with court appearances and briefing deadlines in other matters.

Accordingly, the Parties request an extension to Monday, May 12, 2025, to submit the Proposed Final Pretrial Order.

| | |
|---|---|
| /s/ *Christopher D. Cathey* | /s/ *Paul T. Saba* |
| Christopher D. Cathey, Esq. (0071231) | Paul T. Saba, Esq. (0063723) |
| Taylor English Duma LLP | Jeffrey M. Nye, Esq. (0082247) |
| One Biscayne Tower | SSP Law Co., LPA |
| 2 S Biscayne Boulevard, Suite 2500 | 2623 Erie Avenue |
| Miami, Florida 33131 | Cincinnati, OH 45208 |
| Telephone: 786-840-1444 | 513-533-6714 |
| Fax: 770-434-7376 | 513-533-2999 (fax) |
| ccathey@taylorenglish.com | pts@sspfirm.com |
| **Attorney for Plaintiff Baoyang Chen** | jmn@sspfirm.com |
| | **Attorneys for Defendant Gold Star Chili, Inc.** |

{02978387-1 }

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF E-Filing System, which will send a notice of electronic filing to all counsel of record at their respective designated e-mail addresses, including:

>Paul T. Saba, Esq.
>Jeffrey M. Nye, Esq.
>Stagnaro, Saba & Patterson
>2623 Erie Ave Ste 2623
>Cincinnati, OH 45208
>pts@sspfirm.com
>jmn@sspfirm.com

                                  */s/ Christopher D. Cathey*
                                  Christopher D. Cathey