# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Baoyang Chen,

    Plaintiff,

    v.

GSC Opportunities, L.P., *et al*.,

    Defendants.

Case No. 1:17cv460

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon Plaintiff Baoyang Chen's Motion for Extension to Submit Deposition Designations. (Doc. 160). For good cause shown, Plaintiff's Motion is **GRANTED**. Accordingly, Plaintiff's deposition designations are due on or before **August 8, 2025**; and Defendants' deposition designations are due on or before **August 22, 2025**.

    **IT IS SO ORDERED.**

                                                 */s/ Michael R. Barrett*
                                                JUDGE MICHAEL R. BARRETT