UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BAOYANG CHEN

    Plaintiff,

CASE NO. 1:17cv460

Judge Michael R. Barrett

v.

GSC OPPORTUNITIES, L.P., et al.,

    Defendant.

_____/

**PLAINTIFF BAOYANG CHEN'S NOTICE OF FILING
DEPOSITION DESIGNATIONS**

Plaintiff Baoyang Chen, by and through counsel, hereby submits his deposition designations. Plaintiff reserves the right to supplement, alter, and/or remove designations as necessary based on the witnesses Plaintiff may call at trial, the rulings that this Court may issue on pending motions before the Court, time limitations, or on alternative ways to present facts that may become available or apparent during trial.

**I.    DEPOSITION DESIGNATIONS OF MICHAEL ROHRKEMPER (October 14, 2019)**

| Plaintiff's Designation | Defendant's Objections | Defendant's Counter Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|
| 5: 7-11 | | | | |
| 8: 8-25 | | | | |
| 9: 1-14, 19-23 | | | | |
| 10: 4-7 | | | | |

{03047356-1 }

| Plaintiff's Designation | Defendant's Objections | Defendant's Counter Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|
| 17: 21-25, 18: 1-21 | | | | |
| 19: 16-25 | | | | |
| 20: 1-25 | | | | |
| 22: 14-25, 23: 1-25 24: 1-19 | | | | Q |
| 28: 13-25, 29: 1-4, 9-15, 21-25, 30: 1-24 | | | | |
| 31: 3-20 | | | | |
| 32: 1-8 | | | | |
| 35: 24-25, 36: 1-25 | | | | |
| 37: 9-19 | | | | |
| 41: 17-24 | | | | |
| 42: 13-25, 43:1-5 | | | | |
| 44: 13-20 | | | | |
| 46: 13-25, 47: 1-25, 48: 1-25 | | | | |
| 49: 1-25 | | | | |
| 50: 1-23 | | | | |
| 52: 7-20 | | | | |
| 53: 16-25 | | | | |
| 54: 1-13 | | | | |
| 56: 2-25, 57: 1-25, 58: 1-25, 59: 1-25, 60: 1-25, 61: 1-25, 62: 1-18 | | | | |
| 63: 1-25, 64: 1-20 | | | | |
| 65: 8-25, 66: 1-8 | | | | |
| 67: 15-25, 68: 1-20 | | | | |
| 70: 10-25 | | | | |
| 71: 1-17 | | | | |
| 72: 15-21 | | | | |

| | | | | |
|---|---|---|---|---|
| 76: 8-25, 77: 1 | | | | |
| 78: 22-25, 79: 1-12 | | | | |
| 81: 2-25, 82: 1-25 | | | | |
| 83: 1-25 | | | | |
| 84: 1-23, 85: 8-25 | | | | |
| 86: 1-25, 87: 1 | | | | |
| 87: 17-25, 88: 1-25, 89: 1-25, 90: 1-23 | | | | |
| 91: 7-24 | | | | |
| 92: 17-25, 93: 1-4 | | | | |
| 93: 5-25 | | | | |
| 94: 1-10 | | | | |
| 99: 4-25, 100: 1-20 | | | | |
| 101: 4-7, 18-25 | | | | |
| 102: 1-7, 16-25, 103: 1-25, 104: 1-13 | | | | |
| 105: 5-23 | | | | |
| 107: 3-24 | | | | |
| 108: 12-25 | | | | |
| 109: 1-25, 110: 1-25, 111: 1-25, 112: 1-14, 15-25, 113: 1-25, 114: 1-9, 17-25, 115: 1-25, 116: 1-11 | | | | |
| 117: 11-22, 25, 118: 1-5, 20-25, 119: 1-12 | | | | |
| 120: 6-25 | | | | |
| 121: 5-25, 122: 1-25 | | | | |
| 125: 4-25, 126: 1-21 | | | | |
| 127: 9-25, 128: 1-21 | | | | |
| 136: 20-25, 137: 1-4 | | | | |

| | | | | |
|---|---|---|---|---|
| 139: 18-25, 140: 1-22 | | | | |
| 142: 4-25, 143: 1-17 | | | | |
| 145: 4-19, 22-25, 146: 1-25, 147: 1-25, 148: 1-14 | | | | |
| | | | | |
| | | | | |

II. **DEPOSITION DESIGNATIONS OF MIKE MASON (August 23, 2019)**

| Plaintiff's Designation | Defendant's Objections | Defendant's Counter Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|
| 7: 24-25, 8: 1-4 | | | | |
| 12: 20-25, 13: 1-25 | | | | |
| 15: 14-25, 16: 1-25, 17: 1-25 | | | | |
| 22: 2-23 | | | | |
| 24: 20-25 | | | | |
| **Plaintiff's Designation** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiff's Objections** | **Plaintiff's Counter Designations** |
| 25: 1-6 | | | | |
| 27: 18-25, 28: 1-25, 29: 1-6 | | | | |
| 32: 1-25 | | | | |
| 33: 1-23 | | | | |
| 34: 3-6 | | | | |
| 38: 20-25, 39: 1-13 | | | | |
| 64: 20-25, 65: 1-25, 66: 1-12 | | | | |
| 70: 15-18 | | | | |

### III. DEPOSITION DESIGNATIONS OF FRED VOIGTMANN – July 14, 2025)

| Plaintiff's Designation | Defendant's Objections | Defendant's Counter Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|
| 10: 2-6 | | | | |
| 11: 9-25, 12: 1-25, 13:1-25, 14: 1-25, 15: 1-6 | | | | |
| 17: 21-23 | | | | |
| 20: 9-25, 21: 1 | | | | |
| 22: 5-13, 20-25, 23: 1-25, 24:1, 18-23 | | | | |
| 25: 3-13, 20-24 | | | | |
| 27: 2-13 | | | | |
| 28: 13-21 | | | | |
| 29: 5-25, 30: 1-2 | | | | |
| 31: 2-10 | | | | |
| 32: 1-12 | | | | |
| 33: 20-25, 34: 1-3 | | | | |
| 36: 6-18 | | | | |
| 39: 5-20 | | | | |
| 41: 4-9 | | | | |
| 43: 7-25, 44: 1, 4 | | | | |
| 44: 17-21 | | | | |
| 47: 21-25, 48: 1 | | | | |
| 48: 8-12 | | | | |
| 51: 1, 5-7, 17-25, 52: 1-4 | | | | |
| 55: 16-20 | | | | |
| 58: 23-25, 59: 1-4 | | | | |

| Plaintiff's Designation | Defendant's Objections | Defendant's Counter Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|
| 69: 22-24 | | | | |
| 71: 3-5 | | | | |
| 71: 13-17 | | | | |
| 77: 9-25, 78: 1-3 | | | | |
| 79: 4-21 | | | | |
| 80: 1-16, 24-25, 81: 1-25, 82: 1-21, 24-25, 83: 1-25 | | | | |
| 84: 1-7, 17-25, 85: 1-21, 23-25, 86: 1-24 | | | | |
| 87: 2-25, 88: 1-24 | | | | |
| 90: 19-25 | | | | |
| 91: 12-18 | | | | |
| 92: 6-15, 19-22 | | | | |
| 93: 2-25, 94: 1-25, 95: 1 | | | | |
| 95: 2-20, 96: 2-25, 97: 1 | | | | |
| 104: 5-25, 105: 1-19 | | | | |

        Respectfully submitted,

        */s/ Christopher D. Cathey*
        Christopher D. Cathey
        Ohio Bar No. 71231
        **TAYLOR DUMA, LLP**
        One Biscayne Tower
        2 Biscayne Blvd, Suite 2500
        Miami, FL 33131
        Phone: (786) 840-1444
        Fax: (770) 434-7376
        ccathey@taylorduma.com
        **Counsel for Plaintiff Baoyang Chen**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed this 8th day of August 2025 through the Court's CM/ECF filing system which shall serve a copy upon Defendant's counsel as follows:

        Paul T. Saba, Esq.
        Jeffrey M. Nye, Esq.
        Stagnaro, Saba & Patterson
        2623 Erie Ave Ste 2623
        Cincinnati, OH 45208
        pts@sspfirm.com
        jmn@sspfirm.com

        */s/ Christopher D. Cathey*
        Christopher D. Cathey