UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **BAOYANG CHEN,** | : | Case no. 1: 17-cv-460 |
| | : | |
| Plaintiff | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **GSC OPPORTUNITIES, L.P.**, et al., | : | **DEFENDANT GOLD STAR CHILI,** |
| | : | **INC.'S NOTICE OF FILING** |
| Defendants. | : | **DEPOSITION DESIGNATIONS** |

Defendant Gold Star Chili, Inc. ("Gold Star"), by and through counsel, hereby submits its deposition designations. Gold Star reserves the right to supplement, alter, and/or remove designations as necessary based on the witnesses Gold Star may call at trial, the rulings that this Court may issue on pending motions before the Court, time limitations, or on alternative ways to present facts that may become available or apparent during trial.

    **I.**    **DEPOSITION DESIGNATIONS OF FRED VOIGTMANN – JULY 14, 2025**

| Gold Star's Designation | Plaintiff's Objections | Plaintiff's Counter Designations | Gold Star's Objections | Gold Star's Counter Designations |
|---|---|---|---|---|
| 11: 17-25 | | | | |
| 12: 1-25 | | | | |
| 13: 1-25 | | | | |
| 14: 1-25 | | | | |
| 15: 1-25 | | | | |
| 16: 1-16 | | | | |
| 17: 21-25 | | | | |
| 20: 9-25 | | | | |
| 21: 10-25 | | | | |

1

| Gold Star's Designation | Plaintiff's Objections | Plaintiff's Counter Designations | Gold Star's Objections | Gold Star's Counter Designations |
|---|---|---|---|---|
| 22: 9-25 | | | | |
| 23: 6-25 | | | | |
| 24: 10-25 | | | | |
| 25: 3-13 | | | | |
| 25: 17-25 | | | | |
| 27: 2-25 | | | | |
| 28: 16-25 | | | | |
| 29: 5-25 | | | | |
| 30: 1-2, 18-23 | | | | |
| 31: 1-10 | | | | |
| 32: 1-25 | | | | |
| 33: 1-18 | | | | |
| 33: 20-25 | | | | |
| 34: 1-25 | | | | |
| 35: 1-16 | | | | |
| 36: 7-24 | | | | |
| 37: 4-25 | | | | |
| 38: 1-22 | | | | |
| 39: 5-25 | | | | |
| 40: 8-25 | | | | |
| 41: 1-25 | | | | |
| 42: 1-25 | | | | |
| 43: 1-25 | | | | |
| 44: 1-4, 17-22 | | | | |
| 45: 4-25 | | | | |
| 46: 1-22 | | | | |
| 47: 1-12, 23-25 | | | | |
| 48: 1-20 | | | | |
| 49-1: 5 | | | | |
| 50: 3-11 | | | | |
| 51: 1-7 | | | | |
| 52: 5-16 | | | | |
| 53: 2-24 | | | | |
| 54: 1-13, 25 | | | | |
| 55: 1-25 | | | | |

| Gold Star's Designation | Plaintiff's Objections | Plaintiff's Counter Designations | Gold Star's Objections | Gold Star's Counter Designations |
|---|---|---|---|---|
| 56: 1-20 | | | | |
| 57: 1-25 | | | | |
| 58: 1-25 | | | | |
| 59: 1-23 | | | | |
| 60: 3-25 | | | | |
| 61: 1-17, 22 | | | | |
| 62: 1-25 | | | | |
| 63: 1-25 | | | | |
| 64: 1-19 | | | | |
| 65: 7-25 | | | | |
| 66: 5-25 | | | | |
| 67: 1-25 | | | | |
| 68: 1-25 | | | | |
| 69: 1-25 | | | | |
| 70: 1-25 | | | | |
| 71: 12-24 | | | | |
| 72: 2-25 | | | | |
| 73: 1-25 | | | | |
| 74: 1-2, 13-25 | | | | |
| 75: 1-9, 11-25 | | | | |
| 76: 1-25 | | | | |
| 80: 11-23 | | | | |
| 82: 4-12 | | | | |
| 83: 1-225 | | | | |
| 84: 1-7 | | | | |
| 85: 10 | | | | |
| 86: 20-24 | | | | |
| 89: 6-25 | | | | |
| 90: 1-25 | | | | |
| 93: 23-25 | | | | |
| 94: 1-25 | | | | |
| 95: 2 | | | | |
| 100: 15-25 101: 1-3 | | | | |
| 102:12-25 | | | | |

| Gold Star's Designation | Plaintiff's Objections | Plaintiff's Counter Designations | Gold Star's Objections | Gold Star's Counter Designations |
|---|---|---|---|---|
| 103:1-3 | | | | |

Respectfully Submitted,

*/s/ Paul T. Saba*
Paul T. Saba (0063723)
Jeffrey M. Nye (0082247)
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2703
(513) 533-2999 – fax
pts@sspfirm.com
jmn@sspfirm.com
*Attorneys for Defendant Gold Star Chili, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all represented parties through the court's CM/ECF system.

*/s/ Paul T. Saba*
Paul T. Saba (0063723)