UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **BAOYANG CHEN**, | : | Case no. 1:17-cv-460 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **DEFENDANT GOLD STAR CHILI,** |
| | : | **INC.'S OBJECTION TO DEPOSITION** |
| **GSC OPPORTUNITIES, L.P.**, et al., | : | **DESIGNATIONS OF DESPOSITIONS** |
| | : | **TAKEN IN CASES OTHER THAN** |
| Defendants. | : | **THE ABOVE CAPTIONED CASE** |

The Plaintiff filed Deposition Designations (Pagid 2099), but two of the depositions identified therein were depositions taken within Gary Chan's bankruptcy case before the United States Bankruptcy Court of the Middle District of Florida, Orlando Division, in Case No. 6:18-bk-03297 (the "Chan Bankruptcy"), and Defendant Gold Star Chili, Inc ("Gold Star") hereby objects to the same.

More specifically, Gold Star objects to the depositions of Mike Rohrkemper and Mike Mason. Gold Star was not party in the Chan Bankruptcy, and Plaintiff's attempted use of these two depositions fails to satisfy any of the requirements of Fed. Civ. R 32(a). Plaintiff has not identified any reason why either of the foregoing witnesses will not be available to testify at the trial, and to the best of Gold Star's information and belief, both of them live in the Cincinnati area. Clearly, Plaintiff planned to depose these two witnesses and could have done so in the above-captioned case so that all parties could depose them on the issues in the above-captioned case and not be confined to the

1

discharge or nondischargeable issues associated with Chan Bankruptcy.

Based upon the foregoing, the prejudice that will occur to Gold Star outweighs any benefit, and as such, Plaintiff should be precluded from using any deposition not taken in the above-captioned case.

> Respectfully Submitted,
>
> */s/ Paul T. Saba*
> Paul T. Saba (0063723)
> Jeffrey M. Nye (0082247)
> SSP LAW CO., L.P.A.
> 2623 Erie Avenue
> Cincinnati, Ohio 45208
> (513) 533-2703
> (513) 533-2999 – fax
> pts@sspfirm.com
> jmn@sspfirm.com
> **Attorneys for Defendant Gold Star Chili, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all represented parties through the court's CM/ECF system.

> */s/ Paul T. Saba*
> Paul T. Saba (0063723)