# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BAOYANG CHEN, | : | CASE NO. 1:17-cv-00460-MRB |
| | | Judge Michael R. Barrett |
| Plaintiff, | : | |
| v. | : | **PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S** |
| GSC OPPORTUNITIES, LP, et al., | : | **OBJECTION TO DEPOSITION DESIGNATIONS OF DEPOSITIONS** |
| Defendants. | : | **TAKEN IN CASES OTHER THAN THE ABOVE CAPTIONED CASE** |
| | : | |

Now comes Plaintiff Baoyang Chen and hereby opposes Defendant's Objection to Deposition Designations of Depositions Taken in Cases Other than the Above Captioned Case.

The objection should be overruled because Defendant has had the deposition transcripts for years, the witnesses at issue have been known to them for years, and the witnesses were disclosed to Defendant as set forth in plaintiff's witness list filed May 14, 2024 (Doc. 147). Defendant did no discovery in this case but had ample time to conduct depositions of those individuals and elected not to.

Plaintiff only intends to use the designations if the witnesses are unable to testify at trial for some reason. So the likelihood the designations will be used is low.

Accordingly, Plaintiff asks that the Court overrule the objection.

{03078636-1 }

/s/ *Christopher D. Cathey*
Christopher D. Cathey, Esq. (0071231)
Taylor Duma LLP
One Biscayne Tower
2 S Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: 786-840-1444
Fax: 770-434-7376
ccathey@taylorenglish.com
**Attorney for Plaintiff Baoyang Chen**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF E-Filing System, which will send a notice of electronic filing to all counsel of record at their respective designated e-mail addresses, including:

Paul T. Saba, Esq.
Jeffrey M. Nye, Esq.
Stagnaro, Saba & Patterson
2623 Erie Ave Ste 2623
Cincinnati, OH 45208
pts@sspfirm.com
jmn@sspfirm.com

/s/ *Christopher D. Cathey*
Christopher D. Cathey