# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BAOYANG CHEN, | : | CASE NO. 1:17-cv-00460-MRB |
| | | Judge Michael R. Barrett |
| Plaintiff, | : | |
| v. | : | **PLAINTIFF'S NOTICE OF FILING DEPOSITIONS OF MIKE** |
| GSC OPPORTUNITIES, LP, et al., | : | **ROHRKEMPER AND MIKE MASON** |
| Defendants. | : | |
| | : | |

Now comes Plaintiff Baoyang Chen and hereby gives notice of the filing of the depositions of Mike Rohrkemper and Mike Mason taken in *Baoyang Chen v. Terry Hong-Yin Chan and Jacqueline Angiulli Chan*, United States District Court for the Middle District of Florida, Case No. 6:18-ap-00098-KSJ.  Mr. Rohrkemper's deposition is attached as Exhibit A and Mr. Mason's deposition is attached as Exhibit B.

    Respectfully submitted,

/s/ *Christopher D. Cathey*
Christopher D. Cathey, Esq. (0071231)
Taylor Duma LLP
One Biscayne Tower
2 S Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: 786-840-1444
Fax: 770-434-7376
ccathey@taylorenglish.com
**Attorney for Plaintiff Baoyang Chen**

{03083408-1 }

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF E-Filing System, which will send a notice of electronic filing to all counsel of record at their respective designated e-mail addresses, including:

Paul T. Saba, Esq.<br>
Jeffrey M. Nye, Esq.<br>
Stagnaro, Saba & Patterson<br>
2623 Erie Ave Ste 2623<br>
Cincinnati, OH 45208<br>
pts@sspfirm.com<br>
jmn@sspfirm.com

*/s/ Christopher D. Cathey*
Christopher D. Cathey