# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BAOYANG CHEN, | : | CASE NO. 1:17-cv-00460-MRB |
| | | Judge Michael R. Barrett |
| Plaintiff, | : | |
| v. | : | **PLAINTIFF'S MOTION TO MODIFY FINAL PRETRIAL ORDER** |
| GSC OPPORTUNITIES, LP, et al., | : | |
| Defendants. | : | |
| | : | |

Now comes Plaintiff Baoyang Chen and hereby moves the Court to modify the Final Pretrial Order (Doc. 158) to reschedule the deadline to exchange exhibit lists, submit jury instructions (including interrogatories and special verdict forms and deadline to submit a joint statement of the case to the Court. In support of this motion, Plaintiff states:

1. On May 27, 2025, the Court entered the Final Pretrial Order establishing the pretrial deadlines leading up to the trial.

2. Following an August 20, 2025, Status Conference, the Court rescheduled the trial from October 14, 2025 to February 2, 2026.

3. The Final Pretrial Order sets forth several deadlines which the parties have complied with. However, Plaintiff requests that the parties be given more time to submit jury instructions (including interrogatories and special verdict forms), to submit a joint statement of the case to the Court, and to exchange exhibit lists in a time frame similar to the Final Pretrial Order.

{03083422-1 }

4. The original deadlines and proposed new deadlines are as follows:

|  | Original Deadline | Proposed New Deadline |
|---|---|---|
| Exchange of Exhibit Lists | 9/5/25 | 12/15/25 |
| Submission of Jury Instructions, including Interrogatories and Special Verdict Forms | 9/26/25 | 1/9/26 |
| Submission of Joint Statement of the Case to be read to jury | 9/26/25 | 1/9/26 |

5. Adjusting the deadlines is not unreasonable, the deadlines are similar to the timing in the Final Pretrial Order and will not cause undue delay.

Accordingly, Plaintiff requests that the Final Pretrial Order be amended to reset the three deadlines set forth in the table above.

    Respectfully submitted,

/s/ *Christopher D. Cathey*
Christopher D. Cathey, Esq. (0071231)
Taylor Duma LLP
One Biscayne Tower
2 S Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: 786-840-1444
Fax: 770-434-7376
ccathey@taylorenglish.com
**Attorney for Plaintiff Baoyang Chen**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF E-Filing System, which will send a notice of electronic filing to all counsel of record at their respective designated e-mail addresses, including:

Paul T. Saba, Esq.<br>
Jeffrey M. Nye, Esq.<br>
Stagnaro, Saba & Patterson<br>
2623 Erie Ave Ste 2623<br>
Cincinnati, OH 45208<br>
pts@sspfirm.com<br>
jmn@sspfirm.com

                                            */s/ Christopher D. Cathey*
                                            Christopher D. Cathey