**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **BAOYANG CHEN,** | : | |
| **Plaintiff,** | : | **Case No. 1:17-cv-460** |
| **v.** | : | **Judge Michael R. Barrett** |
| **GSC OPPORTUNITIES, L.P., et al.,** | : | |
| **Defendants.** | : | |

---

DECLARATION OF BAOYANG CHEN

---

I, Baoyang Chen, declare as follows:

1. I am the Plaintiff in this case.
我是本案的原告。

2. I am seventy-two (72) years old and a citizen and resident of the People's Republic of China. I live in Beijing, China.
我今年七十二岁，是中华人民共和国公民并居住在中国北京。

3. This declaration is made in support of my motion to continue the trial currently scheduled for July 20, 2026.
我作此声明是为了支持我提出的延期审理动议，目前审判定于2026年7月20日。

4. After a colonoscopy in which three polyps were removed, I began experiencing a high fever on June 4, 2026.
在一次切除三个息肉的结肠镜检查后，我于2026年6月4日开始出现高烧。

5. The fever later became a low-grade fever and continued until mid-June 2026.
随后我的体温变成低烧，并持续到2026年6月中旬。

6. After that, I developed a persistent cough, slight chest pain, and blood in my phlegm.
之后，我出现了持续咳嗽、轻微胸痛以及痰中带血。

Docusign Envelope ID: 132D6C54-E443-8C30-8345-B4FF712072F6

7.On June 22, 2026, I had sudden, severe pain on the right side of my chest, and I went to Beijing Tiantan Hospital.

2026年6月22日，我突然出现右侧胸部剧烈疼痛，于是前往北京天坛医院。

8.At Tiantan Hospital, I was evaluated for possible heart problems, and myocardial infarction and cerebral infarction were ruled out by ECG and blood tests.

在天坛医院，我接受了心脏问题检查，通过心电图和血液检查排除了心肌梗死和脑梗死。

9.I was then referred to the Respiratory Department and had a chest x-ray.

随后我被转诊至呼吸科，并进行了胸部X光检查。

10.     On June 23, 2026, I returned to Tiantan Hospital for the x-ray results, and I was told that the x-ray showed multiple lung shadows, the largest measuring 2.7 cm.

2026年6月23日，我返回天坛医院查看X光结果，并被告知X光显示肺部有多个阴影，其中最大的为2.7厘米。

11.     The doctor urgently referred me for an enhanced chest CT scan to determine whether the condition was inflammation or malignancy.

医生紧急为我转诊进行增强胸部CT检查，以判断是炎症还是恶性病变。

12.     On June 24, 2026, I registered at a cancer hospital in Beijing because I previously had colon cancer in 2016.

2026年6月24日，因我曾于2016年患过结肠癌，我到北京一家肿瘤医院挂号就诊。

13.     On June 25, 2026, I underwent an enhanced CT scan of my chest, abdomen, and pelvis. My weakness, cough, and chest pain continued.

2026年6月25日，我接受了胸部、腹部和盆腔的增强CT检查。我的乏力、咳嗽和胸痛仍然持续。

14.     On June 26, 2026, I completed follow-up blood work and tumor marker testing.

2026年6月26日，我完成了复查抽血和肿瘤标志物检测。

15.     On June 28, 2026, I coughed up a large amount of fresh, bright red blood while at home.

2026年6月28日，我在家中咳出大量鲜红色血液。

16.     On June 29, 2026, doctors told me that the immediate issue was a severe infection rather than an active tumor recurrence, and I was sent to the emergency room at Peking Union Medical College Hospital for immediate intravenous anti-infection and anti-bleeding treatment.

2

Docusign Envelope ID: 132D6C54-E443-8C30-8345-B4FF712072F6

2026年6月29日，**医生告**诉我当前最紧急的问题是严重感染，而不是肿瘤复发，并将我送往北京协和医院急诊科立即接受静脉抗感染和止血治疗。

17.     On June 30, 2026, I returned to the Peking Union Medical College Hospital emergency room for a second round of intravenous treatment. That evening, I was evaluated by Dr. Zhang Xiaotong, who diagnosed hemoptysis, a lung mass, and a pulmonary infection.

2026年6月30日，**我再次前往北京**协和医院急诊科接受第二轮静脉治疗。当晚，张晓彤医生为我诊治，初步诊断为咯血、肺部肿块和肺部感染。

18.     On July 1, 2026, I followed up with Dr. Zhang Xiaotong. She issued a hospitalization order, prescribed oral hemostatic medication, and provided authorization for one week of daily intravenous anti-inflammatory treatment at a local community hospital because there were no open beds at PUMCH and I was extremely weak.

2026年7月1日，**我复**诊张晓彤医生。她开具了住院通知，处方了口服止血药，并因北京协和医院暂无床位且我身体极度虚弱，出具了在当地社区医院连续一周每日静脉抗炎治疗的授权。

19.     On July 2, 2026, I returned to PUMCH for further blood tests, sputum cultures, and an electrocardiogram.

2026年7月2日，**我返回北京**协和医院进行了进一步抽血、痰培养和心电图检查。

20.     On July 7, 2026, I had a follow-up visit with Dr. Zhang Xiaotong at PUMCH. I was told that the lung infection remains severe, my hospitalization order was extended, and I was instructed to continue daily intravenous infusions at the hospital.

2026年7月7日，**我在北京**协和医院再次复诊张晓彤医生。我被告知肺部感染仍然严重，住院通知被延长，并被要求继续在医院每天静脉输液。

21.     My current treatment plan is aggressive daily intravenous antibiotics and anti-bleeding treatment to preserve my strength. I am on a priority waitlist for a hospital bed at PUMCH.

**我目前的治**疗方案是每日积极静脉使用抗生素和止血治疗，以保留体力。我已被列入北京协和医院住院床位优先等待名单。

22.     I am scheduled for a critical follow-up check-up on July 15, 2026. Once the infection is fully resolved, I will undergo a follow-up contrast-enhanced chest CT scan to accurately evaluate the remaining lung nodules and determine whether additional oncology treatment is needed.

Docusign Envelope ID: 132D6C54-E443-8C30-8345-B4FF712072F6

我已预约于2026年7月15日进行重要复查。待感染完全控制后，我将再次接受胸部增强CT检查，以准确评估剩余肺结节并判断是否需要进一步肿瘤治疗。

23.　　Because of my hemoptysis, pulmonary mass, pulmonary infection, weakness, and age, I am not medically able to undertake long-haul international travel to Cincinnati for the July 20, 2026 trial date.

由于我有咯血、肺部肿块、肺部感染、身体虚弱以及年龄较大等情况，我在医学上无法为2026年7月20日的审判日期长途国际飞往辛辛那提。

24.　　My condition arose suddenly in June 2026 and could not have been anticipated when the trial date was set. I notified my counsel as soon as I could and provided the medical records attached to this declaration.

我的病情于2026年6月突然出现，在确定审判日期时无法预见。我已在能够通知时尽快告知我的律师，并提供了附在本声明后的医疗记录。

25.　　Attached to this declaration as Exhibit 1 are true and correct copies of my records from Peking Union Medical College Hospital, including my registration records, prescription, and medical certificate dated June 30 to July 1, 2026.  本声明附件一为我在北京协和医院病历的真实、准确副本，包括我的挂号记录、处方及诊断证明书，日期为2026年6月30日至7月1日。

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2026/7/9

签署人：

*Baoyang Chen*

693FF602BB7C45B...

BAOYANG CHEN

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2026, a copy of the foregoing was filed electronically with the Court's CM/ECF filing system, which shall serve a copy on Goldstar Chili, Inc.'s counsel of record:

Paul T. Saba, Esq.
Jeffrey M. Nye, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
pts@sspfirm.com
jmn@sspfirm.com


/s/ Christopher D. Cathey
Christopher D. Cathey (0071231

Docusign Envelope ID: 132D6C54-E443-8C30-8345-B4FF712072F6

# EXHIBIT 1

## Medical Records of Baoyang Chen

Peking Union Medical College Hospital, Beijing

June 30 – July 1, 2026

*Originals in Chinese; English-language versions included.*

Declaration of Baoyang Chen — Chen v. GSC Opportunities, L.P., No. 1:17-cv-460 (S.D. Ohio)

Docusign Envelope ID: 132D6C54-E443-8C30-8345-B4FF712072F6



Outpatient Registration Record — June 30, 2026 (Chinese)

Docusign Envelope ID: 132D5C54-E443-8C30-8345-B4FF712072F6



Outpatient Registration Record — July 1, 2026 (English)

# Peking Union Medical College Hospital

### certificate

Name: Chen Baoyang   Gender: Male   Age: 72 years old

Department: Respiratory Medicine Outpatient Clinic

Medical Record
Number: 3176157
ID Number: 42951242

Visit Date: 2026-07-01

Name: Chen Baoyang, Medical Record No.: 3176157, was treated at our hospital (Respiratory Medicine Outpatient Clinic) on July 1, 2026.

Diagnosis and Recommendation:

Hemoptysis

### Lung Mass

Pulmonary Infection

Sodium Chloride Injection (Otsuka) [0.9% 100ML/bag] X 7 bags

Usage: 100ML per time, once daily intravenous infusion (excluding observation fee) for 1 week

5. Novax (Oxacillin Toluensulfonate for Injection) [0.1G per bottle/box] X 7 bottles

Usage: 0.1G per dose, once daily intravenous infusion (excluding observation fee) for 1 week

Warm Reminder:

Outpatients in Eastern Hospital:

For diagnosis/exemption certificate, please go to the patient service center on the first floor of the outpatient building for stamping; for sick leave/injection/hemodialysis certificate, it is invalid without official hospital stamp.

Doctor's Signature   Gu Xiaoyu

Outpatient
department

Page 1 of 1

Note: This medical record has been electronically signed and has the same legal effect as a paper medical record.

Prescription — July 1, 2026 (Chinese original)

Docusign Envelope ID: 132D5C54-E443-8C30-8345-B4FF712072F6



Prescription — July 1, 2026 (English)

Docusign Envelope ID: 132D5C54-E443-8C30-8345-B4FF712072F6



Medical Certificate — July 1, 2026 (Chinese original)

Docusign Envelope ID: 132D5C54-E443-8C30-8345-B4FF712072F6

# 北京协和醫院

## 证明书

姓名：陈宝洋　　　　性别：男　　年龄：72岁　　　病案号：3176157
　　　　　　　　　　　　　　　　　　　　　　　　　　ID号：42951242
就诊科室：呼吸内科门诊　　　　　　　　　　　　就诊日期：2026-07-01

姓名：陈宝洋，病案号：3176157，于2026年07月01日在我院（呼吸内科门诊），诊治。

诊断及建议：咯血

肺占位

肺部感染

氯化钠注射液（大冢）[0.9% 100ML/袋] X 7袋

用法：每次100ML　每日一次　静脉输液（不含观察费）　1周

5. 纽再乐（注射用甲苯磺酸奥马环素）[0.1G 1瓶/盒] X 7瓶

用法：每次0.1G　每日一次　静脉输液（不含观察费）　1周

温馨提示：

东院门诊患者：

诊断/免体证明请您到门诊楼一层患者服务中心盖章，

病假/打针/输液证明请您到就诊科室所在的护士站盖章；

未经本院盖章者无效。

医生签名：

第1页 共1页

备注：本病历文书已经实现电子签名，具有与纸质病历同等法律效力。

Medical Certificate — July 1, 2026 (English)